■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN DAWICZKOWSKI, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Samenga, J.), imposed June 3, 1981. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Lazer, Weinstein and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v IDRIZ DJONBALIC, Respondent. — Appeal by the People from an order of the Supreme Court, Kings County (Slavin, J.), entered January 23, 1981, which, upon granting defendant's motion to dismiss, dismissed the indictment. Order reversed, on the law, motion to dismiss denied, indictment reinstated and case remitted to Criminal Term for further proceedings on the indictment. The record at Criminal Term indicates that the dismissal was based on the court's power to control its calendar. We have held that a dismissal for that reason is inappropriate (see *People v Lebensfeld,* 82 AD2d 925, mot for lv to app den 54 NY2d 763; *People v Stein,* 70 AD2d 634). Damiani, J. P., Gibbons, Gulotta and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK GALLUZZO, Appellant. — Judgment of the Supreme Court, Queens County (Savarese, J.), rendered November 12, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Lazer, Gibbons and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GUERRIERI, Appellant. — Judgment of the Supeme Court, Suffolk County (Jaspan, J.), rendered June 30, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., Thompson, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND HOLDIP, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Westchester County (Reilly, J.), rendered February 28, 1980, convicting him of attempted murder in the second degree and criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review, *inter alia,* the denial, after a hearing, of defendant's motion to suppress evidence. Judgment affirmed. Defendant's assertions as to assigned trial counsel's failure to heed his request to interpose an insanity defense, being raised for the first time on appeal, is matter dehors this record and possibly the subject of an application pursuant to CPL 440.10. Mollen, P. J., Titone, Weinstein and Rubin, JJ., concur.